Steven L. Bryson, Esq.
LAW OFFICE OF STEVEN L. BRYSON
11150 W. Olympic Blvd., Ste. 1120
Los Angeles, CA 90064
(310) 477-4555 – phone
(310) 473-4556 – fax
office@stevebryson.com
Bar #86014
Attorney for Debtor



FILED & ENTERED

DEC 08 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ISAAC NESSIM AZOULAY,<br><br>　　　　　Debtor. | Chapter 13<br>Case No.: 1:17-bk-13196-MT<br><br>ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AND FOR AN ORDER HOLDING ELEONOR GOLDRING IN CIVIL CONTEMPT<br><br>Date: 1/21/2021<br>Time: 10:00am<br>Courtroom: 302 (Via Zoom.gov)<br><br>[DEBTOR'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT FILED CONCURRANTLY HEREWITH] |

　　　THE COURT, having considered all pleadings submitted regarding the Debtor's Motion for an Order to Show Cause why Eleonor Goldring should not be (1) held in civil contempt for failing to comply with the co-debtor stay under 11 U.S.C. §1301(a) of the Bankruptcy Code; (2) ordered to pay monetary sanctions to the Debtor in an amount to be determined for actual and punitive damages; and (3) ordering Eleonor Goldring to take affirmative steps to vacate any and all collection actions taken by her which violated the co-debtor stay provisions of the Bankruptcy Code, and specifically taken against the Debtor and his spouse, Hanna Bick, in Superior Court Case No. 20 VESC00353;

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. Eleonor Goldring shall appear in Courtroom 302 of the United States Bankruptcy Court by telephone or ZoomGov, as directed by the Court, pursuant to Revised Interim Procedures re: Covid-19, and show cause ("OSC") why she should not be (1) held in civil contempt for willfully violating the co-debtor stay provisions of 11 U.S.C. §1301(a) of the Bankruptcy Code, (2) ordered to pay the Debtor actual and punitive damages in an amount to be determined, and (3) ordered to take affirmative steps to vacate any and all collection actions taken by her against the Debtor and his spouse Hanna Bick which violated the co-debtor stay provisions of the Bankruptcy Code, and specifically taken against the Debtor and his spouse Hanna Bick in Superior Court Case No. 20 VESC00353.

2. Any response by Eleonor Goldring to the OSC must be filed and served on Debtor's counsel of record and the Court by 1/07/2021.

3. Any reply by the Debtor to Eleonor Goldring's response to the OSC must be filed and served on her and the Court by 1/14/2021.

### 

Date: December 8, 2020

Maureen A. Tighe
United States Bankruptcy Judge